UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAO J. LIU, et al.
Plaintiffs

v.  Civil No. 97-2924(SEC)

MARGARITA RUIZ VELEZ, et al.
Defendants

ORDER

| MOTION | RULING |
|---|---|
| Docket #30<br>Motion Requesting Leave for Substitution of Legal Representation | Granted. Counsel has represented to the Court that the substitution will not delay the prosecution of the case and beyond the extension granted in the order regarding Docket #33, infra, the Court shall not further delay the prosecution of this case. |
| Docket #33<br>Urgent Motion Requesting Expedited Order and Extension of Time | Granted. Defendant Ruiz Velez is hereby **ORDERED to FILE** her portion of the Joint Case Management Memorandum by **September 30, 1999**. Furthermore, the deadlines specified in the August 16, 1999 order (Docket #31) shall be extended by thirty (30) days. No further extensions will be granted and the Court shall not further delay the prosecution of this case, which is already almost two years old. Failure to comply with any of the above-cited deadlines will result in the imposition of sanctions, including the entry of default judgment. |

DATE: September 3d, 1999

SALVADOR E. CASELLAS
United States District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 38 |