## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SAO J. LIU, et al.
    Plaintiffs

      v.                                  Civil No. 97-2924(SEC)

MARGARITA RUIZ VELEZ, et al.
    Defendants

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
'99 DEC -7 AM 7: 18

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 34** "Motion Requesting that Plaintiffs Post a Non-Resident Bond" | **Granted.** Plaintiffs shall post bond in the amount of $1000.00 |
| **Docket # 35** "Motion for Leave to Bring in Third Party Defendant" | **Granted.** |
| **Docket # 39** "Motion for Extension of Time of All Outstanding Deadlines" | **Granted.** Deadlines are extended as follows:<br><br>-Conclusion of discovery — February 1, 2000<br>-Motions for summary judgment — March 1, 2000<br>-Pretrial and settlement report — March 16, 2000<br>-Pretrial and settlement conference — Anytime after March 16, 2000<br>-Trial — Anytime after pretrial and settlement conference. |
| **Docket # 41** "Informative Motion" | **Noted.** |
| **Docket # 43** "Motion Requesting Extension of Time for Plaintiffs to File an Opposition to Defendants' Motion for Summary Judgment" | **Moot.** |
| **Docket # 44** "Motion Requesting Extension of Time to File Certified Translations" | **Granted.** |

DATE: December 3ⁿ, 1999

SALVADOR E. CASELLAS
United States District Judge

c: Intake re: # 34
12/7/99