IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAO J. LIU, et al.
---
Plaintiff(s)

v.

MARGARITA RUIZ VELEZ, et al.
---
Defendant(s)

Civil No. 97-2924 (SEC)

**RECEIVED & FILED**
DEC 20 1999
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 12/2/99   DOCKET #: 46   TITLE:

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)

Motion Requesting Leave to file Reply

### DISPOSITION:

[✓] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

### COMMENTS

_____
_____
_____
_____
_____
_____

December 15, 1999
DATE

/s/ Salvador E. Casellas
SALVADOR E. CASELLAS
United States District Judge

4

