IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



SAO J. LIU, ET AL

    VS.                                CIVIL NO. 97-2924(SEC)

MARGARITA RUIZ VELEZ, ET AL

    VS.

EDGARDO BENJAMIN OTERO RIVERA

---

### DESCRIPTION OF MOTION

DATE FILED: 2/17/00  DOCKET: #55   TITLE: MOTION FOR ENTRY OF DEFAULT

[ ] Plffs.       [X] Defts.

### O-R-D-E-R

DEFAULT OF THIRD-PARTY DEFENDANT
Edgardo Benjamin Otero Rivera

IS HEREBY ENTERED.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

2-17-00            BY: _Olga Vega_
DATE                   DEPUTY CLERK