IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAO J. LIU, et al. *
*
Plaintiffs * Civil No. 97-2924(SEC)
*
v. *
*
MARGARITA RUIZ VELEZ, et al. *
Defendants *
*
v. *
*
EDGARDO BENJAMIN OTERO RIVERA *
*
Third-Party Defendant *
*************************************

## ORDER

Pursuant to P.R. Loc. R. 302.7, this case is hereby transferred to the docket of the Honorable Jay García Gregory, subject to his approval.

**SO ORDERED.**

In San Juan, Puerto Rico, this _8TH_ day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)