# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LIU, ET AL

**Plaintiff(s)**

v.                                          **CIVIL NUMBER:** 97-2924 (JAG)

RUIZ-VELEZ

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/15/00<br>**Title:** Motion to Request Order to Eliminate Plaintiff's Expert Witness Testimony<br>**Docket:** 56<br>[ ] Plffs   [x] Defts   [ ] Other | MOOT. |
| **Date Filed:** 03/13/00<br>**Title:** Motion for Leave to File Proposed Pretrial Order<br>**Docket:** 59<br>[ ] Plffs   [x] Defts   [ ] Other | The Court will hold this matter in abeyance pending resolution of the motion for summary judgment. |
| **Date Filed:** 06/07/00<br>**Title:** Motion Requesting the Elimination of Plaintiff's Expert Witness Testimony<br>**Docket:** 61<br>[ ] Plffs   [x] Defts   [ ] Other | Plaintiff shall have until 10/31/00 to announce their expert witness. |

**Date:** 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge