IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAO LIU, et al

**Plaintiff(s)**

v.    CIVIL NO. 97-2924 (JAG)

MARGARITA RUIZ-VELEZ, et al

**Defendant(s)**

## ORDER

The undersigned judge recuses himself in this case. The case is to be reassigned to Judge Salvador E. Casellas in exchange of another case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of March, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge