IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jao Liu, et al.
_____
Plaintiff(s)

v.

Margarita Ruiz-Velez, et al.
_____
Defendant(s)

Civil No. 97-2924 (SEC)

| DESCRIPTION OF MOTION | |
|---|---|
| DATE FILED: 3-15-00   DOCKET #: 59 | TITLE: Joint Motion for Leave to Submit Proposed Pretrial Order |
| [ ] Plaintiff(s)   [ ] Third Party Defendant(s) | |
| [ ] Defendant(s)   [√] Joint | |

DISPOSITION:

[√] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

| COMMENTS |
|---|
| |

_____                    _____
21 III 01                                   SALVADOR E. CASELLAS
DATE                                        United States District Judge


