UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: June 20, 2001

SAO LIU, et al          *
                        *
                        *
    Plaintiffs          *
                        *
                        *
vs.                     *        CIVIL NO.   97-2924 (SEC)
                        *
                        *
                        *
MARGARITA RUIZ-VELEZ, et al  *
                        *
                        *
    Defendants          *

By Order of the Court, **Pretrial/Settlement Conference in this case is hereby set for July 10, 2001 at 10:00 a.m.**

This proceeding will be held before Hon. Salvador E. Casellas.

_____
COURTROOM DEPUTY CLERK

