UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAO J. LAO, et al.
Plaintiffs

v.

MARGARITA RUIZ VELEZ, et al.
Defendants

Civil No. 97-2924(SEC)

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #69** **Motion Requesting Leave to Withdraw as Counsel of Record** | **GRANTED.** Since attorney Candida Rosa Negron-Ramos has left Toledo Toledo & Carazo-Quetglas Law Offices, her permission to withdraw is granted. In her motion, attorney Negron-Ramos indicated that the same law firm would continue representation and a complete status report was provided to the office. In light of the foregoing, all further pleadings should be addressed to co-counsel Jorge Carazo-Quetglas, Esq. at:  Toledo Toledo & Carazo-Quetglas Law Offices Executive Building Suite 1101-A 623 Ponce De Leon Avenue San Juan, PR 00917-4811  A copy of this Order shall also be notified to: Candida Rosa Negron-Ramos 308 Harvard University Gardens San Juan, PR 00927 |

DATE: June 27, 2001

SALVADOR E. CASELLAS
United States District Judge