IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sao Liu, et al.
Plaintiff(s)

v.

Margarita Ruiz-Velez, et al.
Defendant(s)

Civil No. 97-2924 (SEC)

## DESCRIPTION OF MOTION

DATE FILED: 7-2-01   DOCKET #: 78   TITLE: Motion Requesting Continuance for Pre-Trial and Conference, Settlement Hearing or Requesting an Alternate Method

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[✓] Defendant(s)   [ ] Joint

DISPOSITION:

[ ] GRANTED   [✓] DENIED

[ ] NOTED   [ ] MOOT

## COMMENTS

Conference remains set for 7-10-01 at 10:00 a.m.

9-...-01
DATE

SALVADOR E. CASELLAS
United States District Judge