IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sao J. Liu, et al.
Plaintiff(s)

v.

Margarita Ruiz Velez, et al
Defendant(s)

Civil No. 97-2924 (SEC)

### DESCRIPTION OF MOTION

DATE FILED: 7-31-01  DOCKET #: 84  TITLE: Plaintiff's motion Requesting an Enlargement of Time

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)
[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[✓] GRANTED           [ ] DENIED

[ ] NOTED             [ ] MOOT

### COMMENTS

8-9-01.

2 AUG 01
DATE

SALVADOR E. CASELLAS
United States District Judge



86