IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SAO J. LIU, et al. | * |
| Plaintiffs | * |
| v. | * No. 97-2924(SEC) |
| MARGARITA RUIZ VELEZ, et al. | * |
| Defendants | * |

**********************************

### PARTIAL JUDGMENT

Pursuant to the parties' motion for voluntary dismissal **(Docket #85)**, Plaintiff's claims against Co-Defendant Marla Cruz-Quinones are **DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2)**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 2 day of August, 2001.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)