IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sao J. Liu, et al.
_____
Plaintiff(s)

v.

Margarita Ruiz Velez, et al
_____
Defendant(s)

Civil No. 97-2924 (SEC)

RECEIVED & FILED
01 AUG 30 PM 4:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 8-27-01   DOCKET #: 88   TITLE: Plaintiffs' Motion Requesting an Enlargement of Time

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)
[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[✓] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

| COMMENTS |
|---|

Due 9-14-01.

29 AUG 01
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

