IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jao J. Liu, et al.
_____
Plaintiff(s)

v.

Margarita Ruiz Velez, et al.
_____
Defendant(s)

Civil No. 97-2924 (SEC)

### DESCRIPTION OF MOTION

DATE FILED: 9-4-01   DOCKET #: 90   TITLE: Motion Requesting Leave to Withdraw as Counsel of Record.

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)
[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[✓] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

### COMMENTS

Attorney Martinez-Jimenez' withdrawal is Granted.

26 SEP 01
DATE

SALVADOR E. CASELLAS
United States District Judge

