# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SAO J. LUI, et al. | * |
| | * |
| Plaintiffs | * |
| | * **Civil No. 97-2924(SEC)** |
| v. | * |
| | * |
| MARGARITA RUIZ-VELEZ, et al. | * |
| | * |
| Defendant | * |

**********************************

## ORDER

A **status conference** in the above-captioned matter is hereby set for **December 4,**

**2001 at 10:00a.m.**

**SO ORDERED.**

In San Juan, Puerto Rico, this _/4_ day of November, 2001.

SALVADOR E. CASELLAS
United States District Judge

c: Cbwk Rdn
11-15-01