IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SAO J. LUI, et al. | * |
| | * |
| Plaintiffs | * |
| | * Civil No. 97-2924(SEC) |
| v. | * |
| | * |
| MARGARITA RUIZ VELEZ, et al. | * |
| | * |
| Defendants | * |

## JUDGMENT

On January 2, 2002, Plaintiffs in the above captioned case filed a motion to dismiss the complaint without prejudice against Defendants Margarita Ruiz Velez and Edgardo B. Otero Rivera. **(Docket #100).** Pursuant to said motion, and in accordance with Fed. R. Civ. P. 41(a)(2), the above captioned action is hereby **DISMISSED WITHOUT PREJUDICE.** Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this __17__ day of January, 2002.

SALVADOR E. CASELLAS
United States District Judge





AO 72A
(Rev.8/82)