# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SAO J. LIU, ET AL.
    Plaintiffs

        v.                **Civil No. 97-2924(SEC)**

MARGARITA RUIZ VELEZ, ET AL.
    Defendants

## O R D E R

| MOTION | RULING |
|--------|--------|
| **Docket #102**<br>**Pro-se letter** | **GRANTED.** Pursuant to this Court's Judgement dismissing the above-captioned case **(Docket # 101)**, the Court orders that the $1,000.00 deposited as bond by Sao J. Liu be reimbursed as requested in his letter. |

DATE:  October *17*, 2002

SALVADOR E. CASELLAS
United States District Judge

c: Finance 10/21/02